RECEIVED

14 JAN 23 PM 2:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Magistrate Tu M. Pham

Hey how are you doing your honor? I hope fine and blessed. I'm doing okay myself. I am writing you because I can not get in contact with my lawyer to give you some information. By the way my name is Darrell Dewayne Adams, and I had a supression hearing in your courtroom on Friday January the 17th. At the time of my hearing I couldn't get in contact or my wife could not find her cousin to show up and testify on my behalf to inform you that I was at her house at the time of the incident. The reason is that she had move and changed numbers. Now my my wife has come across her and is willing to show you legal documents that she was a v-isedent at the apartment complex. Also she is willing to give a written statement to the courts or even show up to a court appearence to justifi my name your honor. I just hope its not too late for this. Because officers say that I was trespasing when clearly I wasn't, I was at a family member house. Your honor, I told you and the court system the trothe, and clearly my Fourth Amendment was violated. I would just like for you to take it in consideration before you make your ruling. And I can addmitt that we all make mistake in life, but here I was only going to the store for my wife and kids in a high crime neighborhood and was harassed by the police department. I just throw myself at the mercy of the courtroom to show that I can be a productive citizen of the United States. I did not cause anyone any harm, I just would like to finish taking care of my five step-children and wife. If there is any information you need to confirm the actions that I speak about in this letter please contact me or my lawyer Ned Germany to get info on how to reach my wife's cousin. Please your honor please look over my case and see that things are not adding up the way the officers say the happened.

— Darrell D. Adams

Darrell Adams 26557076
P.O. Box 509
Mason, TN 38049

**RECEIVED**
14 JAN 23 PM 1:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

38103168788

JAN 23 2014

Magistrate Tu M. Pham
CHECKED BY
167 N. Main St.
Memphis, TN 38103

MEMPHIS TN 380
22 JAN 2014 PM 5 L

USA FOREVER